UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the termination of                             ORDER
Referral to Magistrate Judge

_____

        **ORDERED** that the referral to the assigned Magistrate Judges in the following cases has been terminated.  The cases will be decided directly, without Report and Recommendation, by the Honorable Brenda K. Sannes, U.S. District Judge:

| Case Number | Caption |
|---|---|
| 8:17-cv-113 (BKS/TWD) | Carota v. Commissioner of Social Security |
| 5:17-cv-294 (BKS/DJS) | Dagostino v. Commissioner of Social Security |
| 5:17-cv-580 (BKS/DJS) | Babcock v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: May 1, 2018
Syracuse, New York

Chief U.S. District Judge
Northern District of New York